| | |
|---|---|
| James D. Weakley, Esq. | Bar No. 082853 |
| James J. Arendt, Esq. | Bar No. 142937 |

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, ERNEST J. LiCALSI, COUNTY OF MADERA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| HONORIO QUIROZ, | CASE NO.  CIV-F-03-5181 AWI SMS |
| Plaintiff, | STIPULATION AND ORDER MODIFYING SCHEDULING CONFERENCE ORDER |
| vs. | |
| ERNEST J. LICALSI, and COUNTY OF MADERA, A Municipal Corporation and Public Entity, | |
| Defendants. | |

IT IS HEREBY STIPULATED by the parties hereto, through their respective counsel, that the Scheduling Conference Order be modified to reflect continuation of the trial date, the pre-trial conference and motion for summary judgment hearing as follows:

1.   The trial of this matter, currently scheduled to commence on August 2, 2005, in Courtroom Three before the Honorable Anthony W. Ishii, U.S. District Court Judge, shall be continued until January 10, 2006, at 9 a.m., in Courtroom Three, before the Honorable Anthony W. Ishii, U. S. District Court Judge.  The trial time estimate is fifteen (15) days.

2.   The pre-trial conference, currently scheduled for June 3, 2005, at 8:30 a.m. in Courtroom Three before the Honorable Anthony W. Ishii, U.S. District Court Judge, shall be continued until December 1, 2005, at 8:30 a.m., in Courtroom Three.

3. Defendants' Motion for Summary Judgment currently scheduled for July 25, 2005, at 1:30 p.m., in Courtroom Three before the Honorable Anthony W. Ishii is to be rescheduled to August 8, 2005, at 1:30 p.m., in Courtroom Three.

DATED: June 2, 2004

        WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By: /s/ James D. Weakley
    James D. Weakley
    Attorneys for Defendants
    ERNEST J. LiCALSI, COUNTY OF MADERA

DATED: June 2, 2004

By: /s/ Steven A. Geringer
    Steven A. Geringer
    Attorney for Plaintiff

DATED: June 3 , 2004

By: /s/ David A. Prentice
    David A. Prentice
    County of Madera

### ORDER

IT IS SO ORDERED.

**Dated:   June 9, 2005**             **/s/ Anthony W. Ishii**
0m8i78                                UNITED STATES DISTRICT JUDGE