1  James D. Weakley, Esq.     Bar No. 082853
   Rosemary T. McGuire, Esq.  Bar No. 172549
2
   THE LAW FIRM OF
3  WEAKLEY, RATLIFF,
   ARENDT & McGUIRE, LLP
4  1630 East Shaw Avenue, Suite 176
   Fresno, California   93710
5
   Telephone: (559) 221-5256
6  Facsimile:  (559) 221-5262

7  Attorneys for Defendants, ERNEST J. LiCALSI, COUNTY OF MADERA

8

9

   UNITED STATES DISTRICT COURT
10
   EASTERN DISTRICT OF CALIFORNIA, FRESNO
11

12  HONORIO QUIROZ,                          ) CASE NO.  CIV-F-03-5181 AWI SMS
                                             )
13         Plaintiff,                        ) STIPULATION AND ORDER EXTENDING
                                             ) TIME FOR DEFENDANTS TO FILE REPLY
14  vs.                                      ) TO OPPOSITION TO MOTION FOR
                                             ) SUMMARY JUDGMENT
15  ERNEST J. LICALSI, and COUNTY OF         )
    MADERA, A Municipal Corporation and      ) Date:   August 8, 2005
16  Public Entity,                           ) Time:   1:30 p.m.
                                             ) Dept:   3
17         Defendants.                       )
                                             ) Trial Date:   January 10, 2006
18  _____    )

19       IT IS HEREBY STIPULATED by the parties hereto, through their respective counsel,

20  that the time for Defendants Ernest LiCalsi and the County of Madera to file their reply to

21  plaintiff's opposition to defendants' Motion for Summary Judgment or in the Alternative,

22  Motion for Summary Adjudication is extended to July 15, 2005.

23

24  DATED: July 6, 2005

25                                           WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

26

27                                           By:    /s/   Rosemary T. McGuire
                                                    Rosemary T. McGuire
28                                                  Attorneys for Defendants
                                                    ERNEST J. LiCALSI, COUNTY OF MADERA

1  DATED: July 6, 2005

2
3                                             By:   /s/   Steven A. Geringer
                                                    Steven A. Geringer
4                                                   Attorney for Plaintiff

5

6
                                         **ORDER**
7

8  IT IS SO ORDERED.
9  **Dated:   July 7, 2005**                      **/s/ Anthony W. Ishii**
10 0m8i78                                      UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

Stipulation and Order Extending Time to File
Reply to Opposition to MSJ                    2