IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONORIO QUIROZ,<br><br>        Plaintiff,<br><br>v.<br><br>ERNEST J. LICALSI, and COUNTY OF MADERA, a Municipal Corporation and Public Entity,<br><br>        Defendant. | CV F 03-5181 AWI SMS<br><br>ORDER MOVING AUGUST 8, 2005 HEARING DATE TO AUGUST 29, 2005 |

    Defendants' motion for summary judgment is pending in this action and is set for hearing on Monday, August 8, 2005.

    The court has determined that it is necessary to reschedule the hearing on Defendants' motion for summary judgment.  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 8, 2005, is VACATED, and the hearing on this matter is set for August 29, 2005.

IT IS SO ORDERED.

Dated:    August 1, 2005                 /s/ Anthony W. Ishii
0m8i78                                     UNITED STATES DISTRICT JUDGE