James D. Weakley, Esq.      Bar No. 082853
Rosemary T. McGuire, Esq.   Bar No. 172549

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, ERNEST J. LiCALSI, COUNTY OF MADERA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| HONORIO QUIROZ, | CASE NO.  CIV-F-03-5181 AWI SMS |
| Plaintiff, | STIPULATION AND ORDER CONTINUING MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| ERNEST J. LICALSI, and COUNTY OF MADERA, A Municipal Corporation and Public Entity, | |
| Defendants. | |

IT IS HEREBY STIPULATED by the parties hereto, through their respective counsel, that the hearing on Defendants' Motion for Summary Judgment currently scheduled for August 29, 2005 will be continued to September 19, 2005 at 1:30 p.m. in Courtroom 3.

DATED:   August 4, 2005

WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By:  /s/ Rosemary T. McGuire
     Rosemary T. McGuire
     Attorneys for Defendants
     ERNEST J. LiCALSI, COUNTY OF MADERA

DATED: August 4, 2005

By:   /s/ Steven A. Geringer
      Steven A. Geringer
      Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

**Dated:   August 10, 2005**           /s/ Anthony W. Ishii
0m8i78                                 UNITED STATES DISTRICT JUDGE

Stipulation and Order Continuing Motion
for Summary Judgment                            2