James D. Weakley, Esq.     Bar No. 082853
Rosemary T. McGuire, Esq.  Bar No. 172549

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, ERNEST J. LiCALSI, COUNTY OF MADERA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONORIO QUIROZ, | CASE NO.  CIV-F-03-5181 AWI SMS |
| Plaintiff | |
| vs. | ORDER RE FILING CONFIDENTIAL STATE BAR DOCUMENTS UNDER SEAL |
| ERNEST J. LICALSI, and COUNTY OF MADERA, A Municipal Corporation and Public Entity, | |
| Defendants. | |

Defendants COUNTY OF MADERA and ERNEST J. LICALSI, in support of their motion to disqualify Attorney Steven A. Geringer as attorney of record for plaintiff Honorio Quiroz, seek to file as exhibits certain documents which they deem privileged and confidential pursuant to California Business & Professions Code sections 6086.1(b) and 6094 and California State Bar Rules of Procedure, Rule 2302(a).  Because of the confidential nature of the documents defendants seek to submit the documents under seal.

IT IS HEREBY ORDERED that documents which defendants deem privileged and confidential pursuant to California Business & Professions Code sections 6086.1(b) and 6094 and California State Bar Rules of Procedure, Rule 2302(a) be filed under seal.  It is further ordered that defendants do not waive the confidentiality of such documents by virtue of their

///

---

Order re Documents filed Under Seal

1 | being filed under seal.

3 | IT IS SO ORDERED.

4 | **Dated:   September 19, 2005**         _____/s/ Anthony W. Ishii_____
0m8i78                                                    UNITED STATES DISTRICT JUDGE