**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **HONORIO QUIROZ,**           )<br>                                              )<br>            **Plaintiff**,            )<br>                                              )<br>     **v.**                                 )<br>                                              )<br>**ERNEST J. LICALSI, and COUNTY OF** )<br>**MADERA, a Municipal Corporation** )<br>**and Public Entity,**                )<br>                                              )<br>            **Defendant**.          )<br>_____ ) | **CV F 03-5181 AWI SMS**<br><br>**ORDER SETTING HEARING ON**<br>**DEFENDANTS' MOTION FOR**<br>**SUMMARY JUDGMENT FOR**<br>**NOVEMBER 21, 2003 AT 1:30 P.M.** |

    Defendants' motion for summary judgment is pending in this action and was taken under submission pending the court's ruling on Defendants' motion to disqualify Plaintiff's attorney. On October 24, 2005, the court denied Defendants' motion to disqualify.  After conferring with the parties, the court ORDERS that the hearing on Defendants' motion for summary judgment will be held on November 21, 2005 at 1:30 p.m. in Courtroom Three.

IT IS SO ORDERED.

**Dated:      October 28, 2005**                     **/s/ Anthony W. Ishii**
ciem0h                                                 UNITED STATES DISTRICT JUDGE